**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER ON MOTION TO RECUSE

Appellate case name:     Dov K. Avni a/k/a Dov Avni Kaminetzky v. David A. Newman

Appellate case number:   01-13-00863-CV

Trial court case number: 2010-22875

Trial court:             333rd District Court of Harris County

Date motion filed:       February 6, 2014

Party filing motion:     Appellant

     It is **ordered** that the motion to recuse is denied.


Judge's signature: /s/ Terry Jennings
                 Acting for the Court

The Court consists of: Justices Jennings, Keyes, Sharp, Massengale, Brown, and Huddle.



Date: March 4, 2014